■ In the Matter of Patrick Murray, an Infant, Appellant.— In a proceeding under the Domestic Relations Court Act of the City of New York (art. 2, § 71) to have a child under the age of 16 adjudged to be delinquent, the child appeals from a final order of the Domestic Relations Court, Children's Court Division, County of Queens, rendered December 16, 1959, making such an adjudication after a hearing. Order affirmed. No opinion. Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur.